**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| XENE INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:25-CV-00753-EWH-RJK |

**PROPOSED JOINT SAMPLING PLAN**

On July 30, 2026, the Court ordered the parties "to consult with one another to develop an agreed procedure for sampling a limited set of manufacturing plans maintained by Boeing for composite fiber parts manufactured by suppliers and to develop a common set of parameters to engage in such sampling, along with a timeline for the production of responsive documents and information." Dkt. 106. Counsel for Plaintiff Xene Innovations, LLC ("Xene") and counsel for Defendant The Boeing Company ("Boeing") have met and conferred in accordance with the Court's Order.

On August 5, 2026, Boeing sent Xene a version of the part numbers list that identifies which part numbers are supplier-made parts. The parties subsequently were able to reach an agreement and submit this Proposed Joint Sampling Plan in accordance with the Court's Order.

1. Boeing will make Dr. Gross available for deposition, limited to Boeing's supplier-made parts list(s) and the subject matter of her declaration, by August 28, 2026.
    a. Xene's time deposing Dr. Gross will count against its "up to seventy-five (75) hours of fact discovery deposition time…[and] maximum of seven (7) hours" for "[a]ny given individual" in the Scheduling Order. Dkt 43.

b. Given the limited scope of the deposition, Xene will not be precluded from deposing Dr. Gross regarding other matters at a future date.

2. Xene will identify up to fifty (50) part numbers from Boeing's supplier-made part list(s) within one week of the deposition.

3. If Boeing has not already produced the manufacturing plans for any part number chosen by Xene, Boeing will produce those plans to the extent they are in Boeing's possession, custody, or control within three weeks of Xene identifying these part numbers.

4. To the extent that Boeing claims no manufacturing plan for an identified part number is within its possession, custody, or control, Xene can select another part number within two (2) days of being so notified, up to a maximum total of fifteen (15) additional part numbers.

Dated: August 7, 2026

*<u>/s/ Stephen E. Noona</u>*

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
stephen.noona@kaufcan.com

Gregg F. LoCascio, P.C. (VSB No. 38908)
Sean McEldowney (pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-389-5000
gregg.locascio@kirkland.com
sean.mceldowney@kirkland.com

Amanda Hollis, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP

Respectfully submitted,

*<u>/s/ Tara R. Zurawski</u>*

Tara R. Zurawski
Virginia State Bar No. 73602
tzurawski@bdiplaw.com
BUNSOW DE MORY LLP
277 South Washington St., Suite 210, #1088
Alexandria, VA 22314
Telephone: (703) 828-4019
Facsimile: (415) 426-4744

Andres C. Healy (pro hac vice)
Washington State Bar No. 45578
ahealy@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2011
amanda.hollis@kirkland.com

***Counsel for Defendant, The Boeing Company***

Stuart E. Pollack (pro hac vice)
New York State Bar No. 2952984
spollack@susmangodfrey.com
Rebekah G. S. Greene (pro hac vice)
New York State Bar No. 6158877
rgreene@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 729-2059
Facsimile: (212) 336-8340

Ryan T. Weiss (pro hac vice)
Texas State Bar No. 24107957
rweiss@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street Ste. 5100
Houston, TX 77002
Telephone: (713) 653-7833
Facsimile: (713) 654-6666

Jo Un Eom (pro hac vice)
California State Bar No. 347254
jeom@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars Ste 1400
Los Angeles, CA 90067
Telephone: (310) 789-3184
Facsimile: (310) 789-3150

***Counsel for Plaintiff, Xene Innovations LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Tara R. Zurawski*
Tara R. Zurawski

***Counsel for Xene Innovations LLC***