**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| XENE INNOVATIONS, LLC,<br><br>Plaintiff,<br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:25-CV-00753-EWH-RJK |

**ORDER**

Having considered the Parties' Proposed Joint Sampling Plan, the Court hereby Orders:

1. Boeing will make Dr. Gross available for deposition, limited to Boeing's supplier-made parts list(s) and the subject matter of her declaration, by August 28, 2026.
    a. Xene's time deposing Dr. Gross will count against its "up to seventy-five (75) hours of fact discovery deposition time…[and] maximum of seven (7) hours" for "[a]ny given individual" in the Scheduling Order. Dkt 43.
    b. Given the limited scope of the deposition, Xene will not be precluded from deposing Dr. Gross regarding other matters at a future date.
2. Xene will identify up to fifty (50) part numbers from Boeing's supplier-made part list(s) within one week of the deposition.
3. If Boeing has not already produced the manufacturing plans for any part number chosen by Xene, Boeing will produce those plans to the extent they are in Boeing's possession, custody, or control within three weeks of Xene identifying these part numbers.
4. To the extent that Boeing claims no manufacturing plan for an identified part number is within its possession, custody, or control, Xene can select another part number within two (2) days of being so notified, up to a maximum total of fifteen (15) additional part numbers.

It is so ORDERED.

/s/ RJK
Robert J. Krask
United States Magistrate Judge

Robert J. Krask
United States Magistrate Judge

Date: Aug. 10, 2026