**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| XENE INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>*Defendant.* | Civil Action No.: 2:25-cv-00753 (EWH-RJK)<br><br>Jury Trial Demanded |

**BOEING'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS XENE'S AMENDED COMPLAINT**

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*PhantomALERT v. Apple, Inc.*,
762 F. Supp. 3d 8 (D.D.C. 2025) ....................1

*PhantomALERT Inc. v. Apple Inc.*, No. 25-7017, 2026 WL 2131786 (D.C. Cir.
July 24, 2026)....................1

*Pueschel v. United States*,
369 F.3d 345 (4th Cir. 2004) ....................1

**Rules**

Local Civil Rule 7....................1, 2

Fed. R. Civ. Proc. 16(b)....................2

Boeing's Motion to Dismiss Xene's Amended Complaint, Dkt. 96 ("Motion to Dismiss"), should be granted forthwith. Plaintiff Xene Innovations, LLC ("Xene") intentionally has failed to rebut Boeing's motion. Xene's deadline for opposing it came and went on August 5. Xene did not request or receive an extension of time. Instead, Xene opted to file an unauthorized, untimely, and procedurally improper Second Amended Complaint. Dkt. 117. Boeing concurrently seeks to strike Xene's Second Amended Complaint.

Xene thus deliberately failed to "file a response brief and such supporting documents as are appropriate, within fourteen (14) calendar days after service" in compliance with Local Rule 7(F)(1). While a "***timely*** filed amended complaint as of right can moot out a pending motion to dismiss the original complaint," an untimely amended complaint "does not count" as an opposition to a motion to dismiss. *PhantomALERT v. Apple, Inc.*, 762 F. Supp. 3d 8, 15 (D.D.C. 2025), *aff'd sub nom. PhantomALERT Inc. v. Apple Inc.*, No. 25-7017, 2026 WL 2131786 (D.C. Cir. July 24, 2026) (granting motion to dismiss as conceded). Xene has not shown its Second Amended Complaint to be timely.

In the Fourth Circuit, the Court is authorized to rule on Boeing's motion to dismiss and may treat the bases for dismissal set forth in an unopposed motion to dismiss as "uncontroverted." *See Pueschel v. United States*, 369 F.3d 345, 354 (4th Cir. 2004) (holding that where defendant Pueschel failed to respond to plaintiff FAA's motion to dismiss, "Judge Hilton was entitled, as authorized, to rule on the FAA's motion and dismiss Pueschel's FTCA suit on the uncontroverted bases asserted therein.").

For the reasons discussed in Boeing's Motion to Dismiss, Boeing respectfully requests Xene's First Amended Complaint for infringement of the '584 Patent be dismissed in its entirety with prejudice.

In accordance with this Court's typical Rule 16(b) Scheduling Order and Local Civil Rule 7, Boeing contends that a hearing will not materially aid in the decisional process. Should the Court believe that a hearing would be beneficial, counsel for Boeing will make themselves available at the Court's convenience.

Dated: August 11, 2026

Respectfully submitted:

*/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
stephen.noona@kaufcan.com

Gregg F. LoCascio, P.C. (VSB No. 38908)
Sean McEldowney (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-389-5000
gregg.locascio@kirkland.com
sean.mceldowney@kirkland.com

Amanda Hollis, P.C. (*pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2011
amanda.hollis@kirkland.com

*Counsel for Defendant, The Boeing Company*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2026 in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on all registered counsel of record via the Court's PACER ECF system.

*\/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
stephen.noona@kaufcan.com

*Counsel for Defendant, The Boeing Company*