**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| XENE INNOVATIONS, LLC,<br><br>Plaintiff,<br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:25-CV-00753-EWH-RJK |

**[PROPOSED] ORDER**

Having considered Plaintiff Xene Innovations, LLC's ("Xene") Motion for Extension of Time to Comply with Supplier-Manufacturing-Plan Sampling Deadline, and good cause appearing, the Court hereby Orders:

1. Xene's deadline to identify up to fifty (50) part numbers from Boeing's supplier-made part list(s) ("Sampling Deadline") under the Sampling Order (Dkt. 119) shall be extended until seven (7) days after the parties resolve the outstanding discovery issues concerning the parts and supplier/manufacturer information relevant to the sampling process; or
2. If Court intervention is necessary, seven (7) days after the Court resolves those issues, or such other date as the Court deems appropriate.

It is so ORDERED.

______________________________
Robert J. Krask
United States Magistrate Judge

Date: ____________________________