# EXHIBIT A

REDACTED IN FULL