# EXHIBIT E

REDACTED IN FULL