# EXHIBIT F

REDACTED IN FULL